UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **DEMETRIACE MOORE,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **also known as Linwood Ashton,** | : | and §841(b)(1)(C) |
| **Defendant.** | : | (Unlawful Possession with Intent to Distribute |
| | : | Phencyclidine and PCC); |
| | : | 21 U.S.C. §860(a) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Phencyclidine and PCC Within 1000 Feet of |
| | : | a School); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(D) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Cannabis); |
| | : | 21 U.S.C. §860(a) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Cannabis Within 1000 Feet of a School); |
| | : | 21 U.S.C. §844(a) |
| | : | (Simple Possession of a Controlled Substance) |

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

On or about February 23, 2006, within the District of Columbia, **DEMETRIACE MOORE also known as Linwood Ashton,** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, and Piperdinocyclohexanecarbonitile, also known as PCC, Schedule II controlled substances.

(**Unlawful Possession with Intent to Distribute Phencyclidine and PCC**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT TWO

On or about February 23, 2006, within the District of Columbia, **DEMETRIACE MOORE, also known as Linwood Ashton**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of phencyclidine also known as PCP, and Piperdinocyclohexanecarbonitile, also known as PCC, Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), within one thousand feet of the real property comprising Ludlow Elementary School, a public elementary school in the District of Columbia.

>   (**Unlawful Possession With Intent to Distribute Phencyclidine and PCC Within 1000 Feet of a School**, in violation of Title 21, United States Code, Section 860(a))

## COUNT THREE

On or about February 23, 2006, within the District of Columbia, **DEMETRIACE MOORE also known as Linwood Ashton,** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance.

>   (**Unlawful Possession with Intent to Distribute Cannabis**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

## COUNT FOUR

On or about February 23, 2006, within the District of Columbia, **DEMETRIACE MOORE, also known as Linwood Ashton**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section

841(a)(1), within one thousand feet of the real property comprising Ludlow Elementary School, a public elementary school in the District of Columbia.

(**Unlawful Possession With Intent to Distribute Cannabis Within 1000 Feet of a School**, in violation of Title 21, United States Code, Section 860(a))

## COUNT FIVE

On or about February 23, 2006, within the District of Columbia, **DEMETRIACE MOORE, also known as Linwood Ashton**, did unlawfully, knowingly and intentionally possess a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(**Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Section 844(a))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.