```
                    IN THE
         UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF COLUMBIA

                    * * *
```

**UNITED STATES OF AMERICA**          )
                                      )
       **Plaintiff;**     )
                                      )
       **v.**              ) CR NO 06-0173 (JR)
                                      )
                                      )
**DEMETRIACE MOORE,**                 )
                                      )
       **Defendant.**     )

---

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.  Please send all notices and inquiries to this attorney at the address listed.

       Respectfully submitted,

       A.J. KRAMER
       FEDERAL PUBLIC DEFENDER


           /S/
       By:_____
       TONY AXAM, JR.
       Assistant Federal Public Defender
       625 Indiana Avenue, N.W., Suite 550
       Washington, D.C.  20004
       (202) 208-7500

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was served upon Assistant Unites States Attorney ANGELA GEORGE by electronic means this _23RD_ day of June, 2006.

           /s/
       By:_____
       TONY AXAM, JR