UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : No. 06-173 (JR) |
| DEMETRIACE MOORE,<br>  A/K/A LINWOOD ASHTON | : |

### DEFENDANT'S MOTION FOR REVIEW
### AND MODIFICATION OF CONDITIONS OF RELEASE

Defendant Demetriace Moore, by his attorney, moves this court to review and modify his current conditions of release. In support of this request defendant states the following:

1. On June 30, 2006, defendant appeared before the Honorable James Robertson for a detention hearing. At that time Mr. Moore was represented by Tony Axam of the office of the Federal Public Defender. At the conclusion of the hearing Judge Robertson expressed his intent to release the defendant to the custody of the heightened supervision program. The Pretrial Services Agency would not accept Mr. Moore into the program on that date, however, because he had an open bench warrant in a pending traffic case in D.C. Superior Court, number 2006-CTF-6539. The program rules exclude any defendant with an open warrant.

2. Judge Robertson stated on the record that he would place the defendant into the heightened supervision program as soon as the traffic warrant was quashed. He also stated that he would be on leave for the next three weeks, but that he would leave word with the emergency motions judge that Mr. Moore was to be released to the program as soon as the traffic warrant was

cleared.

    3. The traffic warrant was quashed on July 11, 2006. Mr. Moore was ordered released, and the case was continued for a status hearing on August 21, 2006.

    4. Defendant has conferred with Alex Shaw, the prosecutor assigned to this case. Mr. Shaw was present at the detention hearing on June 30 and agrees that Judge Robertson desired the defendant to be released into the heightened supervision program as soon as he was eligible.

    **WHEREFORE,** the defendant respectfully prays that the court bring him up to court on the next business day after the receipt of this motion for the purpose of releasing him into the custody of the Pretrial Services Agency's heightened supervision program. A proposed order accompanies this motion.

        Respectfully submitted,

        __/s/_____
        Cheryl D. Stein #256693
        706 12th Street, N.E.
        Washington, D.C. 20002
        (202) 388-4682
        Attorney for Demetriace Moore