UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Cr. No. 06-173 (JR) |
| : | |
| DEMETRIACE MOORE, : | |
| A/K/A LINWOOD ASHTON : | |
| : | |

**ORDER**

Upon review of the defendant's motion for review and modification of his conditions of release, good cause therefor having been shown,

**IT IS HEREBY ORDERED** that the motion be granted. The defendant will be immediately released into the Pretrial Services Agency's heightened supervision program.

**IT IS SO ORDERED** this _____ day of _____, 2006.

_____
Judge, U.S. District Court