## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA      )
                              )
                              )
                              )
              vs.             )      Criminal No. 06-173
                              )
                              )
                              )
   DEMETRIACE MOORE           )
         (DEFENDANT)          )

**FILED**

JUL 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO:  NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:     (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____Cheryl D. Stein_____
            (Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Cheryl D. Stein 256693
(Attorney   & Bar ID Number)

_____
(Firm Name)

706 12th St NE
(Street Address)

Wash    DC    20002
(City)      (State)      (Zip)

202-388-4682
(Telephone Number)