UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 06-173 (JR) |
| | : | |
| **DEMETRIACE MOORE** | : | |
| | : | |

**INFORMATION TO ESTABLISH PRIOR
CONVICTION FOR  FELONY DRUG OFFENSE
FOR PURPOSES OF SENTENCING ENHANCEMENT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, pursuant to 21 U.S.C. § 851, respectfully files this information to establish that the defendant, **DEMETRIACE MOORE**, has the following prior conviction for a felony drug offense:

> **Attempted Possession with Intent to Distribute Cocaine**
> **Case: Cr. No. F-1271-01**
> **Jurisdiction: Washington, DC**
> **Date: October 29, 2001**

Accordingly, in the pending case, the defendant is subject to a **10-year mandatory minimum** sentence upon conviction pursuant to 21 U.S.C. § 841(b)(1)(B), which provides: "If any person commits such a violation after a prior conviction for a felony drug offense has become final, such person shall be sentenced to a term of imprisonment which may not be less than 10 years..."

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        UNITED STATES ATTORNEY
        D.C. Bar No. 451-058


By:   _____
        ALEXANDER P. SHAWE
        D.C. Bar No. 472492
        Assistant United States Attorney


## CERTIFICATE OF SERVICE

_____I HEREBY CERTIFY that I caused an electronic copy of the foregoing to be served on counsel for the defendant, Ms. Cheryl Stein, Esq., on this 17th day of July, 2006.


        _____
        Alexander P. Shawe
        Assistant United States Attorney