UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES | : | |
| v. | : | Cr. No. 06-173 (JR) |
| DEMETRIACE MOORE, | : | |
| A/K/A LINWOOD ASHTON | : | |

### DEFENDANT'S MOTION TO SUPPRESS PHYSICAL EVIDENCE

Defendant Linwood Ashton, by his attorney, moves this court to suppress all physical evidence seized by Metropolitan Police Department ("MPD") officers following an illegal seizure of his person on February 23, 2006. In support of this motion defendant states the following:

1. On February 23, 2006, the defendant was seated in a car along with another person. Neither man was engaged in any illegal activity.

2. MPD officers approached the car and demanded that the occupants roll down the windows and that the defendant present his driver's license. At this point the defendant had been seized for Fourth Amendment purposes. That seizure was without probable cause. Upon checking the license, the officers allegedly received information that the defendant's driving privileges had been suspended in the District of Columbia. They arrested the defendant for operating after suspension. A search of the car allegedly yielded a quantity of drugs. It is that contraband that forms the basis of this case.

3. Because the defendant was seized in violation of his Fourth Amendment rights, all

resulting evidence, as well as any statements that may have been made, must be suppressed as evidence in the government's case-in-chief.

**WHEREFORE**, the defendant respectfully prays that the court conduct an evidentiary hearing on the instant motion. At that hearing he will rely on the authorities cited below, as well as such additional authority as he may adduce at that time. At the conclusion of the hearing the defendant will be asking the court to suppress all physical evidence seized by the police on February 23, 2006.

**POINTS AND AUTHORITIES**

1. U.S. Constitution, Amendment IV.

2. Warrantless searches are *per se* unreasonable. *Katz v. United States,* 389 U.S. 357 (1967). The burden is on the government to come forward with evidence sufficient to overcome the presumption of unreasonableness. *Malcolm v. United States,* 332 A.2d 917, 918 (D.C. 1975).

        Respectfully submitted,

        _____/s/_____
        Cheryl D. Stein #256693
        706 12th Street, N.E.
        Washington, D.C. 20002
        (202) 388-4682
          Attorney for Linwood Ashton