UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | No. 06-173 (JR) |
| : | |
| DEMETRIACE MOORE, : | |
| : | |
| A/K/A LINWOOD ASHTON : | |

### ORDER

Upon review of the defendant's motion for suppression of physical evidence, good cause therefor having been shown,

**IT IS HEREBY ORDERED** that the motion be granted. All evidence seized by police officers at the time of the defendant's arrest on February 23, 2006 is suppressed from use in the government's case in chief.

**IT IS SO ORDERED** this _____ day of _____, 2006.

_____
Judge, U.S. District Court


cc: Cheryl D. Stein
    Counsel for Defendant

   Alexander P. Shawe
   Assistant U.S. Attorney