UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | No. 06-173 (JR) |
| DEMETRIACE MOORE, : | |
| A/K/A LINWOOD ASHTON : | |

## ORDER

Upon review of the defendant's motion for leave to strike surplusage from the indictment, good cause therefor having been shown,

**IT IS HEREBY ORDERED** that the motion be granted. The government shall amend the indictment to remove the name "Demetriace Moore" and the word "A/K/A".

**IT IS SO ORDERED** this _____ day of _____, 2006.

_____
Judge, U.S. District Court

cc:  Cheryl D. Stein
     Counsel for Defendant

     Alexander P. Shawe
     Assistant U.S. Attorney