**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-173 (JR)** |
| | : | |
| **v.** | : | |
| | : | |
| **DEMETRIACE MOORE,** | : | |
| | : | |
| **A/K/A LINWOOD ASHTON,** | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America, by and through its attorney, the United States Attorney for the

District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant

United States Attorney Denise M. Clark, at telephone number 202-353-8213 and/or email address

denise.clark@usdoj.gov.  Ms. Clark will substitute for Assistant United States Attorney Alexander

Shawe as counsel for the United States.


Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney


_____
Denise M. Clark
Assistant United States Attorney
Federal Major Crimes Section, Bar No. 479149
555 4th Street, NW,  Room 4840
Washington, DC 20530
(202) 353-8213