UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| v. : | Cr. No. 06-173 (JR) |
| **LINWOOD ASHTON** : | |

### DEFENDANT'S MOTION TO CONTINUE TRIAL DATE

Defendant Linwood Ashton, by his attorney, moves this court to continue his trial date. In support of this motion defendant states the following:

1. Defendant's trial is scheduled for October 18, 2006.

2. Despite diligent efforts, defendant is not prepared for trial due to the refusal of a particular organization to comply with a subpoena *duces tecum.* Defendant will provide the details of the situation to the court in an *ex parte* submission that will be presented on Monday, October 16, 2006. He will be requesting the assistance of the court in obtaining the investigative information that he requires.

3. Defendant cannot receive a fair trial without the material that he has sought to subpoena. His case would also be seriously prejudiced by having to reveal the details of his investigation to the government before he has received the information that he has requested.

4. Defendant learned of the refusal after the close of business on Friday, October 13, 2006. There was thus no opportunity to confer with the government on possible alternative dates.

**WHEREFORE**, the defendant respectfully prays that the court continue his trial to a date

-1-

to be selected jointly by the court and the parties.

                                              Respectfully submitted,

                                              _____/s/_____
                                              Cheryl D. Stein #256693
                                              706 12th Street, N.E.
                                              Washington, D.C.  20002
                                              (202) 388-4682
                                                Attorney for Linwood Ashton