UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | |
| v. : | Cr. No. 06-173 (JR) |
| : | |
| **LINWOOD ASHTON** : | |

## ORDER

Upon consideration of the defendant's motion for a continuance of his trial date, good cause therefor having been shown,

**IT IS HEREBY ORDERED** that the motion is granted. The defendant's trial will be continued to _____, 2006.

**IT IS SO ORDERED** this _____ day of October, 2006.

_____
U.S. District Judge