## JURY NOTE

Case No. 1-06-cr-0173

Case Caption: USA v. Linwood Ashton

FILED

OCT 20 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

THE JURY IS NOT CLOSE TO A CONCLUSIVE VOTE TODAY.

_____
Foreperson

Date: 10-20-2006

## JURY NOTE

Case No. 1-06-cr-0173

Case Caption: USA v. Linwood Ashton

**FILED**

OCT 20 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

① THE JURY WISHES TO HAVE THE PCP EVIDENCE 4A AND 4B BROUGHT TO US AND OPENED.

② THE JURY ASKS, WITH RESPECT TO THE CHARGES OF POSSESION WITH INTENT TO DISTRIBUTE, WITHIN 1000' OF A SCHOOL, WHETHER OR NOT ACTUAL INTENT MUST BE PROVEN WITHIN THE 1000' LIMIT?

_____
Foreperson

Date: 10-20-2006