**JURY NOTE**

Case No. 1-06-cr-0173

Case Caption: USA v. Linwood Ashton

FILED

OCT 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WE HAVE REACHED A POINT WHERE WE ARE AT IMPASSE AND FURTHER DISCUSSION IS NOT TAKING PLACE. THERE ARE NO LONGER QUESTIONS BEING ASKED THAT FURTHER DEBATE AND NO ONE INDICATES LIKELYHOOD OF CHANGING OPINION.

Foreperson

Date: 10-23-2006

**JURY NOTE**

Case No. 1-06-cr-0173

Case Caption: USA v. Linwood Ashton

FILED

OCT 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WE ARE ESSENTIALLY SPLIT ON CHARGE 2
AND HAVE NOT MADE PROGRESS SINCE FRIDAY
AFTERNOON. THERE IS NO EVIDENCE OF
CHANGE.

Foreperson

Date: 10-23-2006

## JURY NOTE

Case No. 1-06-cr-0173

Case Caption: USA v. Linwood Ashton

**FILED**

OCT 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) CAN WE HAVE A BREAK?

(2) CAN WE HAVE THE MARIJUANA EVIDENCE?

(3) WE NEED ADDITIONAL JURY NOTE BLANKS

(4) CAN WE VIEW TRANSCRIPTS OF THE 3.
POLICE OFFICERS, PITT, JOHNSON AND
MONK?

Foreperson

Date: 10-23-6