UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,        :
                                 :
    v.                           :  Crim. Action No. 06-0173 (JR)
                                 :
LINWOOD ASHTON,                  :  Trial: October 18, 2006
                                 :
    Defendant.                   :

FILED
OCT 2 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### VERDICT

With respect to the charge of unlawful possession with intent to distribute Phencyclidine, also known as PCP, within 1000 feet of a school, we, the jury, find the defendant:

_____ Not Guilty                           __X__ Guilty

With respect to the charge of unlawful possession with intent to distribute Cannabis, also known as marijuana, within 1000 feet of a school, we, the jury, find the defendant:

_____ Not Guilty                           _____ Guilty

With respect to the charge of unlawful possession of a controlled substance (heroin), we, the jury, find the defendant:

__X__ Not Guilty                             _____ Guilty

This is our unanimous verdict.

10-23-2006
Date                                         Foreperson