**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | **CRIMINAL NO.  06-173 (JR)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **LINWOOD ASHTON,** | **:** | |
| **a.k.a** | **:** | |
| **DEMETRIACE MOORE** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

### NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the

District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant

United States Attorney Precious Murchison, at telephone number (202) 307-6080 and/or email

address Precious.Murchison@usdoj.gov  . Precious Murchison  will substitute for Assistant United

States Attorney Denise Clark as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

PRECIOUS MURCHISON
Assistant United States Attorney
Federal Major Crimes Section,
555 4th Street, NW,  Room 4840
Washington, DC 20530
(202) 307-6080
Precious.Murchison@usdoj.gov