FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAN 17 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,　　　　:
　　　　　　　　　　　　　　　　　:
　　v.　　　　　　　　　　　　　　: Crim. Action No. 06-0173 (JR)
　　　　　　　　　　　　　　　　　:
LINWOOD ASHTON,　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
　　　　Defendant.　　　　　　　　:

## ORDER

Pursuant to Fed. R. Crim. P. 35(a), the sentence of this court is corrected to provide for a six year term of supervised release, the statutory minimum. **IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JAMES ROBERTSON
　　　　　　　　　　　　　　　　　　United States District Judge