Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )  Criminal No. 06-173 JR
)
Linwood Ashton )

## NOTICE OF APPEAL

**FILED**

JAN 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Name and address of appellant:

Linwood Ashton
2132 Sayon Court
Temple Hills, MD 20748

Name and address of appellant's attorney:

Cheryl D. Stein
706 12th Street, N.E.
Washington, D.C. 20002

Offense: PWID PCP in prohibited zone

Concise statement of judgment or order, giving date, and any sentence:

Guilty of PWID PCP in prohibited zone, in violation of 21 USC 860. Sentenced to 97 months on 1/10/07.

Name and institution where now confined, if not on bail:

N/A

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

1/22/07                          Linwood Ashton (CDS)
DATE                             APPELLANT

                                 Cheryl D. Stein
                                 ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  [ ]
CJA, NO FEE           [ ]       (IFP motion pending)
PAID USDC FEE         [ ]
PAID USCA FEE         [ ]

Does counsel wish to appear on appeal?                    YES [X]   NO [ ]
Has counsel ordered transcripts? Will do so when IFP status granted.  YES [ ]   NO [X]
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES [ ]   NO [X]