UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | No. 06-173 (JR) |
| LINWOOD ASHTON | : | |

FILED
FEB 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### DEFENDANT'S EX PARTE MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

Defendant Linwood Ashton, by his attorney, moves this court to grant him leave to proceed *in forma pauperis* on his appeal. In support of this request defendant states the following:

1. Defendant had been found eligible for court-appointed counsel when he was first arrested, and an assistant federal public defender was appointed to represent him. Shortly thereafter, he retained undersigned counsel to represent him at trial.

2. As the court is aware, Mr. Ashton was convicted of count two of the indictment, and the court just sentenced him to ninety-seven months of imprisonment. Although the defendant is still in the community, he will have to surrender the Bureau of Prisons as soon as he receives his designation. He has no savings and, as soon as he surrenders, he will have no income. As a result, he cannot retain counsel for the appeal.

**WHEREFORE**, the defendant prays that the court allow him to prosecute his appeal *in forma pauperis*.

Let this be filed.
   USDJ

-1-

Respectfully submitted,

*Cheryl D. Stein*
Cheryl D. Stein #256693
706 12th Street, N.E.
Washington, D.C. 20002
(202) 388-4682
  Attorney for Linwood Ashton